CAROLYN CITRINO, *ETC.*, PLAINTIFF-PETITIONER, v.
JOSEPH CHARLES CITRINO, DEFENDANT-RESPONDENT.

*Mr. Morris M. Schnitzer* and *Mr. Waldron Kraemer* for the petitioner.

*Messrs. Clapp & Eisenberg; Mr. Arnold K. Mytelka* and *Mr. Herman E. Dultz* for the respondent.

April 5, 1966. Denied.

EVA NASEEF, PLAINTIFF-APPELLEE, v.
CORD, INC., *ET AL.*, RESPONDENTS-PETITIONERS.

See same case below: 90 *N. J. Super.* 135.

*Mr. Charles Handler* and *Mr. David A. Biederman,* on the brief and of counsel, for the petitioners.

*Mr. Bernard I. Kramer* for the respondent.

April 4, 1966. Granted.

MICHAEL J. PARLALTI, APPELLANT-PETITIONER, v.
TOWN OF WEST NEW YORK, *ET AL.*, RESPONDENTS-RESPONDENTS.

*Messrs. Robbins & Reger* and *Messrs. Levy, Lemken & Margulies* for the petitioner.

*Mr. Arthur J. Sills, Mr. John C. Love,* and *Mr. Samuel L. Hirschberg* for the respondents.

April 4, 1966. Denied.